**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FEB 1 0 2017

STEPHEN C. WILLIAMS
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 17-mj-7013 |
| Plaintiff, | ) | |
| | ) | Title 18, United States Code, |
| vs. | ) | Section 922(g)(1) |
| | ) | |
| ERIC L. EISKANT, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, David Wargo, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

### FELON IN POSSESSION OF A FIREARM

On or about January 20, 2017, in St. Clair County, within the Southern District of Illinois,

### ERIC L. EISKANT,

defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:  Residential Burglary, in St. Clair County, Illinois, did knowingly possess, in or affecting interstate commerce, a firearm, to wit: a Beretta .25 caliber pistol, serial number BU18875V, said firearm having been previously shipped and transported in interstate commerce.  All in violation of Title 18, United States Code, Sections 922(g)(l).

## AFFIDAVIT

I am a Special Federal Officer deputized by the United States Marshal's Service.  I am currently employed by the Illinois State Police and have been for approximately the past seventeen years. I am currently assigned to the Illinois State Police Zone 6 Violent Crimes Unit and I am also

a forensic examiner/investigator with the United States Secret Service – Southern Illinois Cyber-crime Unit.   My training includes over 192 hours of training sponsored by the United States Secret Service.  I also have over 300 hours of training recognized and certified by the Illinois Training and Standards Board.  I have assisted Federal, State and local agencies with investigations.  I have, on several occasions, been involved with investigations involving internet/computer crimes and have been involved in the execution of numerous search warrants.

The statements contained in this affidavit are based on my investigation, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein.  In support of this Complaint, I state as follows:

On January 20, 2017, agents from the Illinois State Police were called to assist in the investigation of a two vehicle fatal car accident at St. Clair Avenue and 79th Street in East St. Louis, St. Clair County, Illinois. The two vehicles involved in the accident were a Chevrolet Suburban being driven by Tamika Thornton and a Chevrolet Impala being driven by Eric Eiskant. Thornton's daughter C'Mia Thomas was a passenger in her Suburban at the time of the crash. Thornton and Thomas died as a result of their injuries sustained in the crash. Initial responding officers suspected Eiskant as being under the influence of narcotics.

Numerous witnesses to the crash were located and interviewed. One witness, R.M., indicated that he was driving eastbound on St. Clair Avenue when he observed the accident. He stated that he tried to render aid to the occupants of the vehicles. When R.M. approached the Impala, the driver, identified as Eiskant, stated "I got to get out of here; I'm going to get in trouble." R.M. stated that Eiskant then put a firearm and a small silver container in his hands. R.M. said he dropped the items and kicked them under the Impala. R.M. stated that when police arrived, he directed them to the items underneath the Impala. An officer then took custody of the firearm.

The firearm was identified as a Beretta Model 950BS .25 caliber pistol, serial number BU18875V. An ATF Firearms Trace was run on the pistol. It showed the original purchaser was Dennis C. Knoth back on April 10, 1992. Investigators determined that Dennis Knoth passed away in 2013 and was Eiskant's grandfather.

Senior Special Agent Matt Inlow of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") was provided photographs of the firearm and has opined that the firearm was manufactured in the state of Maryland.

Eiskant was convicted of Residential Burglary on August 11, 2008, in the Circuit Court of St. Clair County in Case # 08-CF-664.

FURTHER AFFIANT SAYETH NAUGHT.

David Wargo
Task Force Officer, USSS

State of Illinois        )
                         )  SS.
County of St. Clair      )

Sworn to before me, and subscribed in my presence on the 10th day of February, 2017, at East St. Louis, Illinois.

Stephen C. Williams
United States Magistrate Judge

DONALD S. BOYCE
United States Attorney

Laura Reppert
Assistant United States Attorney