AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Eric Eiskant | ) Case No. 17-7013 |
| _Defendant_ | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 2/15/17

_X [signature]_
_Defendant's signature_

_[signature], AFPD_
_Signature of defendant's attorney_

_Printed name and bar number of defendant's attorney_

_Address of defendant's attorney_

_E-mail address of defendant's attorney_

_Telephone number of defendant's attorney_

_FAX number of defendant's attorney_